# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

OCT 31 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

CHRISTOPHER SILVA, ) Plaintiff, ) ) v. ) Civil Action No. _____ ) JIMMIE MILLER, ) MILLER INK JET SERVICES, ) TIM FIELDER, Attorney at Law, ) Defendants. )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (42 U.S.C. § 1983, § 1985(2), § 1986; Fraud on the Court)

Case 2:25-cv-02638-EFM-ADM

COMES NOW Plaintiff Christopher Silva, proceeding pro se, and for his Complaint against the above-named Defendants, alleges as follows:

### INTRODUCTION

This is a civil action brought under 42 U.S.C. § 1983 and related statutes for violations of Plaintiff's constitutional rights, including due process and access to the courts. The claims arise out of a conspiracy to defraud the court and retaliate against the Plaintiff through perjury, concealment of evidence, and misuse of judicial process by opposing counsel and private parties acting in concert with state actors.

Plaintiff reserves the right, pursuant to Federal Rule of Civil Procedure 15 and applicable law, to amend this Complaint to add additional individuals as defendants should discovery reveal their participation in the alleged conspiracy or violation of Plaintiff's civil rights.

### JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), § 1343 (civil rights), and § 1367 (supplemental jurisdiction). Venue is proper in the District of Kansas under 28 U.S.C. § 1391(b), as the events giving rise to these claims occurred in Crawford County, Kansas.

### PARTIES

Plaintiff Christopher Silva is a resident of Blue Springs, Missouri and was the pro se Plaintiff in Crawford County, Kansas Case No. 20-0069P.

Defendant Jimmie Miller is a resident of Kansas and operated Miller Ink Jet Services.

Defendant Tim Fielder is an attorney licensed in Kansas and served as counsel for Miller in Case No. 20-0069P.

Additional parties may be joined if discovery establishes their involvement in the unlawful conduct described herein.

## FACTUAL ALLEGATIONS

1. On February 16, 2022, Plaintiff filed suit in Crawford County alleging defamation and tortious interference arising from communications made by Defendant Miller and Miller Ink Jet Services to Evolabel, Plaintiff's Swedish business partner.

2. Defendant Fielder, acting as counsel, submitted discovery responses and interrogatories containing knowingly false statements under oath, including denials of Plaintiff's business relationships and communications.

3. Plaintiff provided documentary evidence—including emails, invoices, and witness testimony—contradicting those denials.

4. Despite this evidence, the case was dismissed with prejudice on or about April 30, 2024.

5. Plaintiff did not timely receive notice of dismissal. A subsequent mailing, dated May 3, also failed to reach Plaintiff. Plaintiff believes this irregularity in court process was not accidental and contributed to the deprivation of his rights.

6. Plaintiff has reason to believe that Defendant Fielder acted in concert with others, potentially including individuals employed by the court system, to suppress Plaintiff's evidence and obstruct access to justice. The identities of such individuals are not fully known at this time, but Plaintiff anticipates discovery will reveal their roles.

7. As a result, Plaintiff was denied due process, deprived of access to the courts, and subjected to fraud on the court.

## CLAIMS FOR RELIEF

COUNT I: Violation of 42 U.S.C. § 1983 – Denial of Due Process

COUNT II: Violation of 42 U.S.C. § 1983 – Denial of Access to Courts

COUNT III: Violation of 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

COUNT IV: Violation of 42 U.S.C. § 1986 – Neglect to Prevent Conspiracy

COUNT V: Fraud on the Court (Equitable Cause of Action)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court:

1. Declare that Defendants' conduct violated Plaintiff's constitutional rights;

2. Award compensatory damages in an amount to be determined at trial;

3. Award punitive damages against the individual Defendants;

4. Order equitable relief including vacatur of the state court judgment;

5. Permit Plaintiff to amend this Complaint as discovery reveals additional responsible parties;

6. Award reasonable costs and attorney's fees pursuant to 42 U.S.C. § 1988;

7. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Christopher Silva*

Christopher Silva
[Address] 3404 SW Fleming Dr, Blue Springs, MO 64015
[Email] Christopher.Z.Silva@gmail.com
[Phone] 414-731-8624
Pro Se Plaintiff